UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES,<br><br>    Plaintiff(s),<br><br>v.<br><br>ROYCE MAKISHIMA,<br><br>    Defendant(s). | No. C08-4275 BZ<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to the Honorable Maxine M. Chesney to determine if it is related to Miles v. Makishima, et al., C06-1295 MMC.

If she determines it is not related, then **IT IS FURTHER ORDERED** that this case is referred to the Honorable Jeffrey S. White to determine if it is related to Miles v. Makashima, et al., C08-4091 JSW.

Dated: September 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Miles v. Makashima\referral.ord.wpd

1