IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES,<br><br>    Plaintiff,<br><br>v.<br><br>ROYCE MAKISHIMA,<br><br>    Defendant.<br>_____/ | No. C 08-04275 JSW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION** |

Now before the Court is a request for an extension of time to serve the complaint and to continue the dates set out in the order setting case management conference. Plaintiff, appearing *pro se*, may have until no later than March 6, 2009 to serve the complaint. Failure to file and serve proof of such service shall result in the dismissal of this action for failure to prosecute.

The initial case management conference shall be continued from March 6, 2009 to June 26, 2009 at 1:30 p.m. Case management statements shall be filed by no later than June 19, 2009.

**IT IS SO ORDERED.**

Dated: January 20, 2009

                                                     JEFFREY S. WHITE<br>
                                                   UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

        Plaintiff,

  v.

ROYCE MAKISHIMA et al,

        Defendant.

                              /

Case Number: CV08-04275 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Grace Miles
21 Willow Road, No. 22
Menlo Park, CA 94025

Dated: January 20, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk